AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simpson Charles R | Dist. Ct. KYW | 5-15-04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ___ Nomination, Date ___  <br> ___ Initial ✓ Annual ___ Final | 1-1-03 / 12-31-03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 W. Broadway #247 Louisville, KY 40202 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| ☑ NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ☐ NONE (No reportable non-investment income.) | |
|---|---|
| 1 | |
| 2 — 3 | |

RECEIVED

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✓ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✓ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Charles R | 5-15-04 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 GE Common | A | Div | J | T | | | | | |
| 2 Lou. Fed Credit Union | C | INT | L | T | | | | | |
| 3 Dupree Tax Free Inc Serv | D | Div | M | T | | | | | |
| 4 Scudder Tax Free Fnd | A | INT | J | T | | | | | |
| 5 _____ A | | | | | | | | | |
| 6 Hilliard-Lyons Govt. Fnd. | A | Div. | L | T | | | | | |
| 7 Angelica Com. | A | Div | J | T | | | | | |
| 8 Blair Com. | A | Div | J | T | | | | | |
| 9 Casual Male Ret. Group Com | A | Div | J | T | | | | | See P.1 Line 15 |
| 10 Churchill Downs Com. | A | Div | J | T | | | | | |
| 11 Johnson Outdoors Com | A | Div | J | T | | | | | |
| 12 Infsco Com | A | Div | J | T | | | | | |
| 13 Wiser Oil Com | A | Div | J | T | | | | | |
| 14 Newmont Mining Corp | A | Div | | | Sold | 10/24 | J | B | |
| 15 Casual Male Retail Group Com | A | Div | | | Sold Partial | 11/4 | J | C | |
| 16 Anglogold ADR Com | A | Div | | | Sold | 11/4 | J | C | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson    Chars R. III | 5-15-04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Codes3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 ———— B | | | | | | | | | |
| 2 Hilliard-Lyons Govt Fnd | A | Div | J | T | | | | | |
| 3 Barrick Gold Com | A | Div | J | T | | | | | |
| 4 Wallace Computer Com | A | Div | | | Sold | 5/19 | J | B | |
| 5 ———— C | | | | | | | | | |
| 6 Hilliard-Lyons Govt. Fund | A | Div | K | T | | | | | |
| 7 ASA LTD    com | A | Div | J | T | | | | | |
| 8 Barrick Gold   Com | A | Div | J | T | | | | | |
| 9 Casual Male Rst. Group Com | A | Div | J | T | | | | | See p. 3 Line 2 |
| 10 Churchill Downs Com | A | Div | J | T | | | | | |
| 11 Cross A. T.   Com | H | Div | J | T | | | | | |
| 12 Ennis Bus. Forms Com | A | Div | K | T | | | | | |
| 13 Glimcher Realty Trust Com | A | Div | J | T | | | | | |
| 14 Johnson Outdoor Com | A | Div | J | T | | | | | |
| 15 Kentucky Electric Steel Com | A | Div | J | T | | | | | |
| 16 Kindred Healthcare Com | A | Div | J | T | | | | | |
| 17 Vishay Com | B | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R. IV | 5-15-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Newmont Mining Corp | A | Div | | | Sold | 10/24 | J | C | |
| 2 Casual Male Retail Group Com | A | Div | | | Sold Partial | 11/4 | J | C | |
| 3 Anglogold ADR Com | A | Div | | | Sold | 11/4 | J | D | |
| 4 ──────── F | | | | | | | | | |
| 5 Hilliard-Lyons Govt. Fund | A | Div | L | T | | | | | |
| 6 Casual Male Retail Group Com | A | Div | K | T | | | | | See P. 3 Line 16 |
| 7 Churchill Downs Com | A | Div | J | T | | | | | |
| 8 Healthsouth Com | H | Div | J | T | | | | | |
| 9 Kindred Com | A | Div | J | T | | | | | |
| 10 National Health Inv. Com | A | Div | J | T | | | | | |
| 11 Penn REIT Com | A | Div | J | T | | | | | ⇐ |
| 12 Trover Solutions Com | A | Div | J | T | | | | | |
| 13 Ventas Com | A | Div | J | T | | | | | |
| 14 Bombay Com | A | Div | | | Sold Partial | 10/12 | J | C | |
| 15 Bombay Com | A | Div | | | Sold Remainder | 10/9 | J | C | No Remaining Bombay |
| 16 Casual Male Retail Group Com | A | Div | | | Sold Partial | 11/4 | K | D | |
| 17 Crown American Realty Trust Com | A | Div | | | Merger into Penn Reit | 11/21 | J | A | Now Shown as Penn Reit. |

---

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Charles R. | 5-15-04 |

## VII. Page 1  INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 ———————— G | | | | | | | | | |
| 2 Hilliard-Lyons Govt. Fund | A | Div | J | T | | | | | |
| 3 Dreyfus Strategic Munis Com | A | Div | J | T | | | | | |
| 4 Exelon Com | A | Div | J | T | | | | | |
| 5 FPL Group Com | A | Div | J | T | | | | | |
| 6 G.E. Com | A | Div | K | T | | | | | |
| 7 KY Housing Bond | A | Int | K | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date ___4 - 2 1 - 0 4___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) Singal, George Z | 2. Court or Organization U.S. District Court - Maine | 3. Date of Report 4/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. District Court 156 Federal Street Portland ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 12 A 11: 26 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Social Worker |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Dinner honoring Federal Judges 3/28/03 NYC |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Amgen Inc. Common Stock | | None | K | T | | | | | |
| 2. Cisco Systems Common Stock | | None | K | T | | | | | |
| 3. Coca-Cola Company Common Stock | A | Dividend | | | Sell | 9/25 | J | A | |
| 4. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6. Nextel Corp. Common Stock | | None | J | T | | | | | |
| 7. Oracle Corp. Common Stock | | None | K | T | | | | | |
| 8. American Funds Small Cap Fund | A | Dividend | K | T | | | | | |
| 9. Franklin Small Cap Fund | A | Dividend | J | T | | | | | |
| 10. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 11. U.S. Treasury Note | A | Interest | J | T | | | | | |
| 12. American Express Common Stock | A | Dividend | K | T | | | | | |
| 13. American International Group Common Stock | A | Dividend | K | T | | | | | |
| 14. AOL Time Warner Common Stock | | None | J | T | | | | | |
| 15. Applied Materials Common Stock | | None | K | T | | | | | |
| 16. Boeing Co. Common Stock | A | Dividend | | | Sell | 9/25 | K | A | |
| 17. Bristol Myers Squibb Common Stock | A | Dividend | K | T | | | | | |
| 18. Elan Corp. Common Stock | | None | J | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Fleet Boston Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 21. Hersey Foods Corp. Common Stock | A | Dividend | J | T | | | | | |
| 22. IBM Common Stock | A | Dividend | K | T | | | | | |
| 23. Iris Common Stock | | None | J | T | | | | | |
| 24. Lucent Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25. Merck Corp. Common Stock | A | Dividend | K | T | | | | | |
| 26. Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 27. Pharnacia Common Stock | A | Dividend | K | T | | | | | |
| 28. Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 29. Proctor and Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 30. Sun Microsystems Inc. Common Stock | | None | J | T | | | | | |
| 31. Vodafone ADR Common Stock | A | Dividend | K | T | | | | | |
| 32. Wal-mart Inc. Common Stock | A | Dividend | K | T | | | | | |
| 33. Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 34. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 35. RMA Tax Free Fund | A | Interest | J | T | | | | | |
| 36. Maine State Housing Bond | A | Interest | K | T | | | | | |

1 Income Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
 (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2 Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
 (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3 Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Auburn Maine Bond | A | Interest | K | T | | | | | |
| 38. Maine Health Bond | A | Interest | K | T | | | | | |
| 39. Maine Health Bond | A | Interest | J | T | | | | | |
| 40. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 41. Paine Webber Tax Free Fund | A | Interest | J | T | | | | | |
| 42. Vanguard Whole Market Fund | B | Dividend | M | T | | | | | |
| 43. Vanguard S&P Fund | A | Dividend | J | T | | | | | |
| 44. Magellan Fund | A | Dividend | K | T | | | | | |
| 45. Dreyfus Premier Third Century Fund | A | Dividend | L | T | | | | | |
| 46. Janus Fund | A | Dividend | K | T | | | | | |
| 47. Blue Hill Terrace Real Estate Partnership | A | Dividend | J | W | | | | | |
| 48. Woodland Manor Real Estate Partnership | A | Dividend | J | W | | | | | |
| 49. Scudder Tax Free Fund | A | Interest | M | T | | | | | |
| 50. Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 51. Motorola Inc. Common Stock | A | Dividend | K | T | | | | | |
| 52. The following are IRA assets: | | | | | | | | | |
| 53. WYE | A | Dividend | K | T | | | | | |
| 54. AIG | A | Dividend | K | T | | | | | |

1. Income Gain Codes        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000                                                P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. AMAT | | None | J | T | | | | | |
| 56. BK | A | Dividend | K | T | | | | | |
| 57. BP | A | Dividend | J | T | | | | | |
| 58. BMY | A | Dividend | K | T | | | | | |
| 59. CSCO | | None | K | T | | | | | |
| 60. C | A | Dividend | K | T | | | | | |
| 61. KO | A | Dividend | J | T | | | | | |
| 62. EMC | | None | J | T | | | | | |
| 63. XOM | A | Dividend | K | T | | | | | |
| 64. FRE | A | Dividend | K | T | | | | | |
| 65. DNA | | None | J | T | | | | | |
| 66. GE | A | Dividend | K | T | | | | | |
| 67. GMH | | None | K | T | | | | | |
| 68. HD | A | Dividend | K | T | | | | | |
| 69. INTC | A | Dividend | J | T | | | | | |
| 70. IBM | A | Dividend | K | T | | | | | |
| 71. JDSU | | None | J | T | | | | | |
| 72. JNJ | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| | | | S = Assessment | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. LU | A | Dividend | J | T | | | | | |
| 74. MRK | A | Distribution | K | T | | | | | |
| 75. MSFT | A | Dividend | J | T | | | | | |
| 76. NXTL | | None | J | T | | | | | |
| 77. NT | A | Dividend | J | T | | | | | |
| 78. PEP | A | Dividend | J | T | | | | | |
| 79. PFE | A | Dividend | K | T | | | | | |
| 80. PG | A | Distribution | J | T | | | | | |
| 81. WMT | A | Dividend | J | T | | | | | |
| 82. DIS | A | Dividend | J | T | | | | | |
| 83. WFC | A | Dividend | J | T | | | | | |
| 84. WCOM | | None | J | T | | | | | |
| 85. HQH | A | Dividend | J | T | | | | | |
| 86. HQL | A | Dividend | J | T | | | | | |
| 87. Paine Webber Retirement Money Fund | A | Dividend | M | T | | | | | |
| 88. GMNA Pool | B | Dividend | K | T | | | | | |
| 89. US Treasury Note | B | Dividend | K | T | | | | | |
| 90. Bank America Note | B | Dividend | K | T | | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Household Finance Note | B | Dividend | K | T | | | | | |
| 92. GMAC Note | B | Dividend | K | T | | | | | |
| 93. Franklin Small Cap Growth Fund | | None | J | T | | | | | |
| 94. Hartford Mid Cap Fund | A | Dividend | J | T | | | | | |
| 95. General Mills Note | A | Dividend | K | T | | | | | |
| 96. Boeing Note | A | Dividend | K | T | | | | | |

1. Income Gain Codes        A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000    G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes              J  = $15,000 or less     K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
                                                                                 S  = Assessment            T  = Cash Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Singal, George Z | 4/23/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date_____4/26/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544